IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, | ) ) ) |
| | ) Case No.: 10-cv-3487 |
| Plaintiff, | ) |
| v. | ) ) Judge Robert M. Dow |
| LONNIE DANTZLER, individually and d/b/a D & B CONSTRUCTION | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

To: Lonnie Dantzler, individually and d/b/a D & B Construction
400 W. 76th Street
Chicago, IL 60620

William E. Jamison, Jr.
815 W. Van Buren, Suite 203
Chicago, IL 60607

PLEASE TAKE NOTICE that on **July 28, 2010,** I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Kara R. Eisen
Kara R. Eisen
One of the Plaintiff's Attorneys

J. Peter Dowd
Michele M. Reynolds
Kara R. Eisen
Jeremy M. Barr
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361